IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD BLOUNT,
    Plaintiff,

vs.                        Case No.: 3:05cv86/RV/EMT

J.S. PETROSKY, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  On November 23, 2005, this court entered an order (Doc. 7) giving Plaintiff thirty (30) days in which to file an amended complaint.  Plaintiff failed to respond to the order, therefore, on January 10, 2006, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 11).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.[1]

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

    At Pensacola, Florida, this 2nd day of February 2006.

                        /s/ *Elizabeth M. Timothy*
                        **ELIZABETH M. TIMOTHY**
                        **UNITED STATES MAGISTRATE JUDGE**

---

[1] The order to amend (Doc. 7) and order to show cause (Doc. 11) were returned to this court as undeliverable. Plaintiff has apparently been released from custody, but has failed to provide this court with an accurate mailing address.

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**